| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Victor Maceo Dandridge III** | Social Security number or ITIN **xxx–xx–9371** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Virginia** | | Date case filed for chapter **7   3/24/17** |
| Case number: **17–60578** | | |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Victor Maceo Dandridge III | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1105 Inglecress Drive<br>Charlottesville, VA 22901 | |
| **4. Debtor's attorney**<br>Name and address | Robert S. Stevens<br>501 Grove Ave<br>CHARLOTTESVILLE, VA 22902 | Contact phone 434 973–5012<br><br>Email: **None** |
| **5. Bankruptcy trustee**<br>Name and address | Hannah W. Hutman(436156)<br>Hoover Penrod<br>342 S. Main Street<br>Harrisonburg, VA 22801 | Contact phone 5404332444<br><br>Email: hhutman@hooverpenrod.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Victor Maceo Dandridge III**                                                                                   Case number **17–60578**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1101 Court St., Room 166 <br> Lynchburg, VA 24504 | Hours open 8:00 a.m. – 4:30 p.m. <br><br> Contact phone (434) 845–0317 <br><br> Date: 3/24/17 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2017 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** | Location: <br><br> **cr mtg, CVL, Courtroom 100, US Courthouse, 255 West Main St., Charlottesville, VA 22902** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/23/17 |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                     page **2**

```
                              United States Bankruptcy Court
                               Western District of Virginia

In re:                                                                Case No. 17-60578-rbc
Victor Maceo Dandridge, III                                           Chapter 7
      Debtor               CERTIFICATE OF NOTICE
District/off: 0423-6          User: admin                 Page 1 of 3           Date Rcvd: Mar 24, 2017
                              Form ID: 309A               Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db             +Victor Maceo Dandridge, III,   1105 Inglecress Drive,   Charlottesville, VA 22901-8874
4410564         Access Lighting Corp,   14410 Myford Rd,   Irvine, CA 92606-1001
4410565         Acclaim Lighting,   1741 Industrial Park Dr,   Thomson, GA 30824
4410566         Allure Shades Inc,   3714 NW 16th St,   Lauderhill, FL 33311-4132
4410569         Ann Dandridge,   1105 Inglecress Dr,   Charlottesville, VA 22901-8874
4410570         Arte de Mexico,   1000 Chestnut St,   Burbank, CA 91506-1623
4410571         Bank Of America,   P.O. Box 15796,   Wilimngton, DE 19886-5796
4410572         Bank of America,   PO Box 982284,   El Paso, TX 79998-2284
4410573         Besa Lighting,   6695 Taylor Rd,   Blacklick, OH 43004-9614
4410574         Blue Ridge Bank,   17 W Main St,   Luray, VA 22835-1230
4410575         Building Permits Va. LLC,   425 Elm Ave SW # 3,   Roanoke, VA 24016-3963
4410576         Bulbrite Industries,   145 W Commercial Ave,   Moonachie, NJ 07074-1704
4410589         CSL Lighting,   14508 Nelson Ave,   City of Industry, CA 91744-3514
4410577         Capital Lighting Fixture,   5359 Rafe Banks Dr,   Flowery Branch, GA 30542-2768
4410578         Carter Dandridge,   Kevin M. Flynn Assoc.,   190 S La Salle St Ste 3850,
                 Chicago, IL 60603-3431
4410581         Citizens One Financial Group,   PO Box 2360,   Omaha, NE 68103-2360
4410582         City of Charlottesville,   PO Box 591,   Charlottesville, VA 22902-0591
4410583        +Comcast,   400 Westfield Rd.,   Charlottesville, VA 22901-1642
4410585         Contrast Lighting,   1009 Parc Industrial St,   Levis Canda, QC
4410586         Cooper Lighting,   PO Box 640460,   Pittsburgh, PA 15264-0460
4410587         Corbett Lighting,   14508 Nelson Ave,   City of Industry, CA 91744-3514
4410588         Craftmade International,   3401 Trinity Blvd,   Grand Prairie, TX 75050-4239
4410590         Currey & Co,   PO Box 102144,   Atlanta, GA 30368-2144
4410591         Cyan Designs,   PO Box 961008,   Fort Worth, TX 76161-0008
4410594       ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
               (address filed with court:   Dominion Virginia Power,   P.O.Box 26543,
                 Richmond, VA 23290-0000)
4410595         DVI Lighting,   120 Great Gulf Dr,   Concord, ON
4410592         Decorative Arts,   100 McIlhaney Way,   Purcellville, VA 20132-3338
4410593         Diana Barrett,   Foundation for Sucess, LLC,   313 Oak Crest Dr,   Moneta, VA 24121-1725
4410598         ELGL Lighting,   3640 Royal South Pkwy,   Atlanta, GA 30349-3623
4410601         ET2,   253 Vineland Ave,   City of Industry, CA 91746-2319
4410597         Elco Lighting,   2042 E Vernon Ave,   Vernon, CA 90058-1613
4410596         Elco Lighting,   Patty Valenzaela,   2042 E Vernon Ave,   Vernon, CA 90058-1613
4410600         Emerson,   21874 Network Pl,   Chicago, IL 60673-1218
4410603         FEISS Import,   PO Box 782951,   Philadelphia, PA 19178-2951
4410602         Fanimation,   10983 Bennett Pkwy,   Zionsville, IN 46077-9187
4410604         Fran Lawrence,   416 Park St,   Charlottesville, VA 22902-4767
4410606         GM Lighting,   PO Box 3809,   Carol Stream, IL 60132-3809
4410605         George Kovacs,   PO Box 740897,   Los Angeles, CA 90074-0897
4410607         Gregory S. Duncan, Esq.,   412 E Jefferson St,   Charlottesville, VA 22902-5109
4410608         Hanover Lantern,   PO Box 100194,   Atlanta, GA 30384-0194
4410609         Harris Hardy & Johnstone,   300 Arboretum Pl Ste 660,   Richmond, VA 23236-3473
4410610         Hi-Lite Mfg. Co.,   13450 Monte Vista Ave,   Chino, CA 91710-5149
4410611         Hibu, Inc.,   PO Box 11815,   Newark, NJ 07101-8115
4410612         Hinkley Lighting,   PO Box 72062,   Cleveland, OH 44192-0002
4410613         House of Troy,   902 Silver Ridge Rd,   Hyde Park, VT 05655-9396
4410614         Hubbardton Forge,   154 South St,   Castleton, VT 05735-9257
4410615        #Hudson Valley Lighting,   PO Box 10775,   Newburgh, NY 12552-0775
4410616        +Hunter Fan Co.,   PO Box 19773,   Palatine, IL 60055-0001
4410617         Integral Lighting,   165 W Fairview St,   Wernersville, PA 19565
4410618         Isolite,   PO Box 6401,   Southeastern, PA 19398-6401
4410619         Jeff’s Flowers of Course,   300 Ed Wright Ln Ste F,   Newport News, VA 23606-4384
4410620         John C. Singleton Esq.,   PO Box 116,   Warm Springs, VA 24484-0116
4410621         Kaplan Voekler Cunningham & Frank PLC,   1401 E Cary St,   Richmond, VA 23219-4277
4410622         Kichler,   24946 Network Pl,   Chicago, IL 60673-1249
4410623         Kodak,   9927 Jefferson Blvd,   Culver City, CA 90232-3505
4410624         Koncept,   429 E Huntington Dr,   Monrovia, CA 91016-3632
4410626         LBL Lighting,   PO Box 782951,   Philadelphia, PA 19178-2951
4410625         Lake Shore Studios,   PO Box 1929,   Meridian, MS 39302-1929
4410627         Lightolier,   PO Box 100194,   Atlanta, GA 30384-0194
4410628         Lithonia,   PO Box 100863,   Atlanta, GA 30384-0863
4410629         Livex Lighting,   46 Clyde Rd,   Somerset, NJ 08873-3460
4410630         Luminance,   PO Box 31001,   Pasadena, CA 91110-0001
4410631         Lutron Electronics,   PO Box 643782,   Pittsburgh, PA 15264-3782
4410632         Lynne J. Kinder,   The Krudys Law Firm,   919 E Main St Ste 2020,   Richmond, VA 23219-4603
4410633         Maxim Lighting,   253 Vineland Ave,   City of Industry, CA 91746-2319
4410634         Mid Atlantic Lighting,   10545 Guilford Rd,   Jessup, MD 20794-9109
4410635         Millennium Lighting,   105 Declaration Dr,   McDonough, GA 30253-7513
4410637         Minka Aire,   PO Box 740897,   Los Angeles, CA 90074-0897
4410638         Minka Lavery,   PO Box 740897,   Los Angeles, CA 90074-0897
4410639         Monte Carol Fan Co.,   PO Box 782951,   Philadelphia, PA 19178-2951
4410640         Monticello Media,   1150 Pepsi Pl Ste 300,   Charlottesville, VA 22901-2890
```

```
District/off: 0423-6           User: admin              Page 2 of 3                   Date Rcvd: Mar 24, 2017
                               Form ID: 309A            Total Noticed: 122

4410641         Monticello Partners,   Percy Montague Montague Miller & Co.,    500 Westfield Rd,
                 Charlottesville, VA 22901-1726
4410642         National Specialty Lighting,   2299 Kenmore Ave,   Buffalo, NY 14207-1311
4410643         Nebo,   PO Box 203246,   Dallas, TX 75320-3246
4410644         Nora Lighting,   6505 Gayhart St,   Commerce, CA 90040-2507
4410645         Panasonic,   PO Box 13887,   Newark, NJ 07188-3887
4410646         Phillips Day Brite,   PO Box 100194,   Atlanta, GA 30384-0194
4410647         Pitney Bowes Lease,   PO Box 371887,   Pittsburgh, PA 15250-7887
4410648         Porsche Financial Svc.,   c/o Vital Recovery Svc.,   PO Box 923748,
                 Peachtree Corners, GA 30010-3748
4410649         Premier Bank,   1085 Washington St E,   Lewisburg, WV 24901-2521
4410650         Progress Lighting, Inc.,   PO Box 751010,   Philadelphia, PA 19175-1010
4410651         Quoizel,   PO Box 890346,   Charlotte, NC 28289-0346
4410652         Regency Ceiling Fans,   PO Box 730,   Fenton, MO 63026-0730
4410653         Regina Andrew,   13725 Pennsylvania Rd,   Riverview, MI 48193-8900
4410654         Rejuvenation,   2550 NW Nicolai St,   Portland, OR 97210-1815
4410655         Richard Booth,   1065 Wood Ln,   Charlottesville, VA 22901-5038
4410656         Robert Abbey,   3166 Main Ave SE,   Hickory, NC 28602-8374
4410657         Robert Janney, Esq.,   Janney & Janney PLC,   12 S Court St,   Luray, VA 22835-1223
4410663         SPJ Lighting,   2107 Chico Ave,   El Monte, CA 91733-1606
4410658        +Satco Products,   110 Heartland Blvd,   Brentwood, NY 11717-8303
4410659         Savoy House,   PO Box 890323,   Charlotte, NC 28289-0323
4410660         Selwyn Partners, LP,   695 Berkmar Ct,   Charlottesville, VA 22901-1595
4410661         Solais Lighting,   PO Box 660367,   Dallas, TX 75266-0367
4410662        #Sonneman A Way of Light,   PO Box 10725,   Newburgh, NY 12552-0725
4410664         Staple,   PO Box 78004,   Phoenix, AZ 85062-8004
4410665         Tantech,   PO Box 200231,   Pittsburgh, PA 15251-0231
4410666         Tech Lighting,   PO Box 782951,   Philadelphia, PA 19178-2951
4410667         Texas Fluorescents,   2055 Luna Rd # 142,   Carrollton, TX 75006-6436
4410668         Timberlake Lighting,   1105 Inglecress Dr,   Charlottesville, VA 22901-8874
4410669         Universal Lighting,   3267 Grapevine St,   Mira Loma, CA 91752-3502
4410670         Ushio America,   6045 Solutions Ctr,   Chicago, IL 60677-6000
4410671         Vaughan Hines & Co.,   300 D St SW Ste 310,   Washington, DC 20024-4712
4410672         Victor M. Dandridge,   944 Marsh Ln,   Charlottesville, VA 22903-4668
4410673         Virginia Broadcasting Group,   Greg Duncan,   412 E Jefferson St,
                 Charlottesville, VA 22902-5109
4410674         Virginia Omicron Chapter House Assoc,   Joel Gibbons,   1650 State Farm Blvd,
                 Charlottesville, VA 22911-4664
4410675         Vista Professional Outdoor Lighting,   1625 Surveyor Ave,   Simi Valley, CA 93063-3387
4410676         Visual Comfort & Co.,   PO Box 974399,   Dallas, TX 75397-4399
4410678         WAC Lighting,   23550 Network Pl,   Chicago, IL 60673-1235
4410682         WVIR TV,   PO Box 769,   Charlottesville, VA 22902-0769
4410679         White Point Marina,   175 Marina Dr,   Kinsale, VA 22488-2307
4410680         World Imports,   PO Box 973750,   Dallas, TX 75397-3750
4410636         millmont Limited Partnership,   Percy Montague,   500 Westfield Rd,
                 Charlottesville, VA 22901-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bob@scslawfirm.com Mar 24 2017 22:24:06     Robert S. Stevens,   501 Grove Ave,
                 CHARLOTTESVILLE, VA 22902
tr             +EDI: BHWHUTMAN.COM Mar 24 2017 22:18:00     Hannah W. Hutman(436156),   Hoover Penrod,
                 342 S. Main Street,   Harrisonburg, VA 22801-3628
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Mar 24 2017 22:24:26     USTrustee,
                 Office of the United States Trustee,   210 First Street, Suite 505,   Roanoke, VA 24011-1620
4410568         EDI: AMEREXPR.COM Mar 24 2017 22:18:00     American Express,   PO Box 981540,
                 El Paso, TX 79998-1540
4410567         EDI: AMEREXPR.COM Mar 24 2017 22:18:00     American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
4410579         EDI: CHASE.COM Mar 24 2017 22:18:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
4410580         EDI: CITICORP.COM Mar 24 2017 22:18:00     Citibank,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
4410584         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 24 2017 22:24:40     Comcast,
                 PO Box 3006,   Southeastern, PA 19398-3006
4410599         E-mail/Text: danielle@elklighting.com Mar 24 2017 22:24:09     Elk Lighting,   12 Willow Ln,
                 Nesquehoning, PA 18240-1228
4410681         E-mail/Text: jmarshall@jmpartnersllc.com Mar 24 2017 22:24:26     WPB Partners,
                 6800 Paragon Pl Ste 202,   Richmond, VA 23230-1656
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4410677        ##Vita Lighting,   885 2nd Ave Fl 18,   New York, NY 10017-2201
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0423-6          User: admin              Page 3 of 3              Date Rcvd: Mar 24, 2017
                              Form ID: 309A            Total Noticed: 122
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0